**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON I.M., | Case No. 1:26-cv-4521-JLT-EGC (HC) |
| Petitioner, | (A Number: 023-221-064) |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | (Doc. 1) |
| Respondent. | |

Nelson I.M. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 20, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Respondents' motion to dismiss. (Doc. 1) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within fourteen days. (*Id.* at 4.) Over fourteen days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

///

1. The habeas corpus petition, (Doc. 1), is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 12, 2026

_____
UNITED STATES DISTRICT JUDGE

2